# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JAMES R. BUTLER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2082

[December 16, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Dana Gillen, Judge; L.T. Case No. 502009CF004111AXXXMB.

James R. Butler, Bristol, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***